

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAY RATTLER | CIVIL ACTION |
| VERSUS | NO. 99-2482 |
| MARC H. MORIAL, ET AL | SECTION "R" (4) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED THAT**:

(1) the plaintiff's § 1983 claim against **Mayor Marc Morial** be dismissed as frivolous and for failure to state a claim under 28 U.S.C. § 1915(e);

(2) the plaintiff's § 1983 claim against **Chief of Police Richard J. Pennington**, be dismissed as frivolous and for failure to state a claim under 28 U.S.C. § 1915(e);

(3) the plaintiff's § 1983 claim against **Detective John Raphael, Delores Smith, and Assistant District Attorney Beryl McSmith** be dismissed as premature pursuant to *Heck v. Humphrey* and dismissed with prejudice to their being asserted again until the *Heck* conditions are met. *See Johnson v. McElveen*, 101 F.3d 423 (5th Cir. 1996).

New Orleans, Louisiana, this _____ day of __July__ 2000.

DATE OF ENTRY
JUL 2 1 2000

_____
UNITED STATES DISTRICT JUDGE
for Sec R