

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAY RATTLER | CIVIL ACTION |
| VERSUS | NO: 99-2482 |
| MARC H. MORIAL, ET AL | SECTION: "R" (4) |

## JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that:

(1) the plaintiff's § 1983 claim against **Mayor Marc Morial** be dismissed as frivolous and for failure to state a claim under 28 U.S.C. § 1915(e);

(2) the plaintiff's § 1983 claim against **Chief of Police Richard J. Pennington**, be dismissed as frivolous and for failure to state a claim under 28 U.S.C. § 1915(e);

(3) the plaintiff's § 1983 claim against **Detective John Raphael, Delores Smith, and Assistant District Attorney Beryl McSmith** be dismissed as premature pursuant to *Heck v. Humphrey* and be dismissed with prejudice to their being asserted again until the *Heck* conditions are met. *See Johnson v. McElveen*, 101 F.3d 423 (5th Cir. 1996).

New Orleans, Louisiana, this ___ day of _____ 2000

UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUL 2 1 2000